# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| LINDA MASI SMITH, individually and on behalf of all others similarly situated,<br><br>　*Plaintiff*,<br><br>vs.<br><br>AMERIMARK DIRECT, LLC,<br><br>　*Defendant*.<br>_____/ | **CLASS ACTION**<br><br>**Case No. 9:22-cv-81033-AMC** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Linda Masi Smith, and Defendant, Amerimark Direct, LLC, by and through their respective undersigned counsel, hereby jointly give notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: August 31, 2022

Respectfully Submitted,

| | |
|---|---|
| **SHAMIS & GENTILE, P.A.**<br>/s/ Andrew J. Shamis<br>Andrew J. Shamis, Esq.<br>Florida Bar No. 101754<br>ashamis@shamisgentile.com<br>/s/ Garrett O. Berg<br>Garrett O. Berg, Esq.<br>Florida Bar No. 1000427<br>gberg@shamisgentile.com<br>14 NE 1st Avenue, Suite 705<br>Miami, FL 33132 | */s/ Theodore B. Randles*<br>Theodore B. Randles<br>Florida Bar No. 115790<br>tbrandles@venable.com<br>**VENABLE LLP**<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>Telephone: (202) 344-4000<br>Facsimile: (202) 344-8300<br><br>*Counsel for Defendant* |

Telephone: 305-479-2299

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@shamisgentile.com

By:   */s/ Andrew J. Shamis*
      Andrew J. Shamis, Esq.
      Florida Bar # 101754

*Counsel for Plaintiff and the Class*