**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

LINDA MASI SMITH, individually and on behalf of
all others similarly situated,

   *Plaintiff*,

Case No. 9:22-cv-81033-AMC

vs.

AMERIMARK DIRECT, LLC,

   *Defendant*.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to the Court's September 2, 2022 Order Administratively Closing Case (ECF 10), Plaintiff Linda Masi Smith and Defendant AmeriMark Direct, LLC, through their undersigned attorneys, hereby stipulate and agree that this action shall be dismissed with prejudice as to Plaintiff's individual claims against Defendant and without prejudice as to the putative class's claims against Defendant.

Each party shall bear their own attorneys' fees and costs.

Date: September 28, 2022

Respectfully Submitted,

| | |
|---|---|
| **SHAMIS & GENTILE, P.A.** | */s/ Theodore B. Randles* |
| /s/ Andrew J. Shamis | Theodore B. Randles |
| Andrew J. Shamis, Esq. | Florida Bar No. 115790 |
| Florida Bar No. 101754 | tbrandles@venable.com |
| ashamis@shamisgentile.com | **VENABLE LLP** |
| /s/ Garrett O. Berg | 600 Massachusetts Avenue, NW |
| Garrett O. Berg, Esq. | Washington, DC 20001 |
| Florida Bar No. 1000427 | Telephone: (202) 344-4000 |
| gberg@shamisgentile.com | Facsimile: (202) 344-8300 |

14 NE 1ˢᵗ Avenue, Suite 705
Miami, FL 33132                                            *Counsel for Defendant*
Telephone: 305-479-2299


**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.
Florida Bar No. 0100537
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320
Email: scott@edelsberglaw.com


*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                  **SHAMIS & GENTILE, P.A.**
                  14 NE 1ˢᵗ Ave., Suite 705
                  Miami, FL 33132
                  Telephone (305) 479-2299
                  Facsimile (786) 623-0915
                  Email: efilings@shamisgentile.com

By:     */s/ Andrew J. Shamis*
        Andrew J. Shamis, Esq.
        Florida Bar # 101754

        *Counsel for Plaintiff and the Class*